```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF RHODE ISLAND
```

_____
                                            )
JOEL SCHLIP,                            )
                                            )
      Plaintiff,                 )
                                            )
   v.                            )     C.A. No. 16-421 S
                                            )
DEPARTMENT OF VETERANS AFFAIRS,  )
                                            )
      Defendant.                 )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

    Magistrate Judge Patricia A. Sullivan filed a Report and Recommendation (R&R) on September 7, 2016 (ECF No. 3), recommending that the Court dismiss Plaintiff's Complaint (ECF No. 1) based on the Court's lack of subject matter jurisdiction and for failure to state a claim. Magistrate Judge Sullivan also recommended that Plaintiff be provided with an opportunity to cure the pleading's deficiencies. Having heard no objections and having carefully reviewed the Complaint and R&R, the Court accepts the R&R. Plaintiff has thirty days from the date of this Order to file an Amended Complaint that cures the deficiencies articulated in the R&R. If Plaintiff does not cure the deficiencies, or fails to file an Amended Complaint within thirty days of this Order, then the Complaint will be dismissed

with prejudice.

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  October 20, 2016